THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERIC E. LYFORD, as Trustee of New York, Ontario and Western Railway Company, Relator, against JAMES C. ALLEN et al., Constituting the Board of Assessors of the Town of Fallsburgh, Defendants.— Appeals dismissed, in accordance with stipulation. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of WILLIAM C. MORGAN, Petitioner, against J. EDWARD CONWAY et al., Constituting the Civil Service Commission of the State of New York, Respondents.— Application for an order dismissing the appeal granted, upon stipulation. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of THOMAS NAVARRO, Appellant, against FRANK MASSUCCI, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present —Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

GEORGE J. SCHAFFER et al., Respondents, v. STEPHEN ANIOLEK et al., Appellants.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

IRENE O. SCHOCKLEY, as Administratrix of the Estate of JUANITA BOOTHE, Deceased, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

BIJOU TRAINOR, as Coadministratrix of the Estate of AIMEE HENRIQUES, Deceased, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

ALICIA M. C. VOGEL, Appellant, v. STATE OF NEW YORK, Respondent.—Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.